COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       In the Interest of S.R.H., Child

Appellate case number:     01-15-00714-CV

Trial court case number:    2013-04271J

Trial court:                  315th District Court of Harris County

This appeal involves the termination of the parent-child relationship. This Court, therefore, is required to bring the appeal to final disposition within 180 days of the date the notice of appeal was filed—August 17, 2015 here, making the compliance deadline February 12, 2016—so far as reasonably possible. *See* TEX. R. JUD. ADMIN. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. (West Supp. 2014).

The record was completed by September 8, 2015, making appellant's brief due to be filed in this Court by September 28, 2015. On October 15, 2015, the Clerk of this Court notified appellant's appointed counsel, Lana Shadwick, that the brief was late. Appellant, however, has not timely filed a brief or extension of time in this appeal.

**Accordingly, appellant is ORDERED to file the appellant's brief no later than Tuesday, November 3, 2015, or the Court will refer the matter to the trial court to determine whether appellant still wishes to pursue his appeal and whether substitute counsel should be appointed.** *See* TEX. FAM. CODE ANN. § 107.016(2) (West Supp. 2014) (providing appointed counsel must continue to serve until appeal is exhausted or waived, or attorney is relieved of her duties and replaced by court).

It is so ORDERED.

Judge's signature:    /s/ Laura Carter Higley
                        ☒ Acting individually     ☐ Acting for the Court

Date: October 26, 2015